**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6773**

─────────────

WILBERT ANTHONY NEAL,

Plaintiff - Appellant,

versus

STEVEN C. MILLER, Supervising, US Probation
Officer; STEVEN LABIER, Bureau of Prison;
JOSEPH B. STEELMAN, JR., Chief, US Probation
Office,

Defendants - Appellees,

and

JAMES A. BEATY, JR., United States District
Judge,

Defendant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Matthew J. Perry, Jr., Senior
District Judge.  (CA-03-134-9-10BG)

─────────────

Submitted:  July 10, 2003          Decided:  July 17, 2003

─────────────

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Wilbert Anthony Neal, Appellant Pro Se. Robert F. Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilbert Anthony Neal seeks to appeal the district court's order granting Appellees' motion for partial summary judgment and removing a federal district court judge from the complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Neal seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Neal's motions for appointment of counsel and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED